AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Craig Drawdy<br>*Plaintiff*<br>v.<br>Andrew Saul,<br>Acting Commissioner of Social Security Administration<br>*Defendant* | )<br>)<br>) Civil Action No.    2:18-cv-03173-DCC<br>)<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ __ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: The decision of the Commissioner of Social Security is Affirmed.

This action was *(check one)*:
☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Donald C Coggins Jr, United States District Judge.

Date:     September 3, 2020            *CLERK OF COURT*


                                        s/Chelsea Pegram-Conner
                                        *Signature of Clerk or Deputy Clerk*